<HTML>
<HEAD>
<META NAME="Generator" CONTENT="WordPerfect 9">
<TITLE></TITLE>
</HEAD>
<BODY TEXT="#000000" LINK="#0000ff" VLINK="#551a8b" ALINK="#ff0000" BGCOLOR="#c0c0c0">


TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN











NO. 03-00-00806-CV








Brad Keene, Appellant





v.






Janet Mortenson, Permanent Receiver for Austin Forex International, L.L.C. and Austin



Forex International, Inc.; Randy and Melissa Butler; Mel Daniels; Jeff and Kay Comp;




Mary Ann Eisinger; John Sheffield; Mark Miller; and Pierce Sullivan, Appellees













FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT



NO. 99-12003, HONORABLE PAUL DAVIS, JUDGE PRESIDING










PER CURIAM 




Appellant Brad Keene has filed an agreed motion to dismiss the appeal. We grant
the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).





Before Chief Justice Aboussie, Justices Yeakel and Patterson



Dismissed on Agreed Motion



Filed: June 14, 2001



Do Not Publish


</BODY>
</HTML>